FILED: February 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2256 (L)
(1:12-cv-00046-JPJ-PMS)

_____

KNOX ENERGY, LLC; CONSOL ENERGY, INCORPORATED

      Plaintiffs - Appellees

v.

GASCO DRILLING, INC, A Virginia Corporation

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk